ACCEPTED
03-12-00558-CV
7954043
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 3:14:12 PM
JEFFREY D. KYLE
CLERK

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**NO. 03-12-00558-CV**

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/23/2015 3:14:12 PM
JEFFREY D. KYLE
Clerk

**Happy Jack Ranch, Inc. and Frederick J. Behrend,**
**Appellants**

**v.**

**HH&L Development, Inc; Matthew Stolhandske, Trustee; Michael Strnad,**
**Appellees**

## NOTICE OF CHANGE OF ADDRESS

The undersigned files this Notice of Change of Address and requests that the court's docket in the above styled cause be updated accordingly:

Allen Cazier
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Email: cazlaw@yahoo.com
Telephone: (210) 824-3278
Fax: (210) 824-3937

All filings, correspondence and notices should be sent to this address.

Respectfully submitted,

/s/ Allen Cazier
ALLEN CAZIER
State Bar No. 04037500
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937
Email: cazlaw@yahoo.com

## Certificate of Service

  I certify that on November 23, 2015 a true and correct copy of the foregoing was served on each person listed below.

            /s/ Allen Cazier     
            Allen Cazier

Kimberly S. Keller
Keller Stolarczyk, PLLC
234 West Bandera Road, #120
Boerne, Texas 78006

Pascual Madrigal
Attorney at Law
9504 N. IH-35, Suite 316
San Antonio, Texas 78233

Ted R. Cackowski
Attorney at Law
1141 N. Loop 1604 E., #105
San Antonio, Texas 78232

Matt C. Stolhandske
Attorney at LAW
1004 South St. Mary's
San Antonio, Texas 78205